IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SIMPSON TIMBER COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 00-198C |
| | ) | (Judge Block) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT AND MOTION TO EXTEND THE SUSPENSION OF PROCEEDINGS

In accordance with the Court's order dated August 22, 2003, the parties submit this status report to inform the Court of further progress the parties have made in completing the title work in preparation for the execution and recording of Reciprocal Easement Deeds for the Road Rights-of-Way. Simpson's Reciprocal Easement Deeds for the Road Rights-of-Way were recorded on September 17, 2003. The parties are now waiting for the three private title companies to issue title policies for Simpson's deeds to the United States. The title companies estimate that it will take at least three weeks to complete the title policies.

After the title polices are completed and sent to the Forest Service, the Forest Service must review the policies and related documentation to ensure that all documents are in order. The Forest Service will then draft a final title opinion which must be reviewed and approved by the Office of the General Counsel for the United States Department of Agriculture in Portland. After the final title opinion is approved, the United States' Reciprocal Easement Deeds for the Road Rights-of-Way may be recorded. The parties estimate that it will take until early 2004 to accomplish the remaining tasks related to the Reciprocal Easement Deeds for the Road Rights-of-Way exchange.

Accordingly, the parties request continued suspension of proceedings until the end of January 2004. The Court's continued patience in this matter is appreciated.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Paul F. McQuade
PAUL F. McQUADE
Greenberg Traurig LLP
1750 Tysons Blvd., Suite 1200
Tysons Corner, VA 22102

DATE: ________

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

OF COUNSEL:

LAURIE RISTINO
Department of Agriculture
14th & Independence Ave., S.W.
Washington, D.C. 20250

Attorneys for Defendant

DATE: ________

CERTIFICATE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2003, a copy of the foregoing "JOINT STATUS REPORT AND MOTION TO EXTEND THE SUSPENSION OF PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, because plaintiff's counsel is unable to receive copies of electronic filings, I hereby certify under penalty of perjury that on October 31, 2003, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "JOINT STATUS REPORT AND MOTION TO EXTEND THE SUSPENSION OF PROCEEDINGS" addressed as follows:

PAUL F. McQUADE
Greenberg Traurig LLP
1750 Tysons Blvd., Suite 1200
Tysons Corner, VA 22102

/s/ Sheryl L. Floyd