IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SIMPSON TIMBER COMPANY,<br>(a/k/a Simpson Resource Company, Inc.)<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-198C<br>(Judge Block) |

**DISMISSAL WITH PREJUDICE**

Pursuant to the terms of a settlement reached between the parties, the pre-conditions of which are now satisfied, Simpson hereby dismisses its complaint, with prejudice. The court's patience in maintaining this matter on its docket while the parties completed lengthy title clearances and recordations of mutual or reciprocal easements is greatly appreciated.

Respectfully submitted,

s/ Paul F. McQuade by Louis H. Kozloff

GREENBERG TRAURIG LLP
1750 Tysons Blvd., Suite 1200
McLean, VA 22102

Date: January 28, 2004

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 28th day of January, 2004, I caused to be delivered by e-mail and by United States mail (first class, postage prepaid) copies of "DISMISSAL WITH PREJUDICE" addressed as follows:

Sheryl L. Floyd, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

Laurie Ristino, Esq.
Department of Agriculture
14th & Independence Avenue, SW
Washington, DC 20250

s/Louis H. Kozloff